814

No. 75–1704. HOFFMANN, SECRETARY OF THE ARMY v. FIOTO. Appeal from D. C. E. D. N. Y. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. 

No. 75–1707. OHIO BUREAU OF EMPLOYMENT SERVICES ET AL. v. HODORY. Appeal from D. C. N. D. Ohio. Motions of Chamber of Commerce of the United States, Republic Steel Corp., and United States Steel Corp. for leave to file briefs as *amici curiae* granted. Motions of Republic Steel Corp. and United States Steel Corp. for leave to intervene denied. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. 

No. 76–63. HOLSHOUSER, GOVERNOR OF NORTH CAROLINA, ET AL. v. WASHINGTON STATE APPLE ADVERTISING COMMISSION. Appeal from D. C. E. D. N. C. Further consideration of question of jurisdiction postponed to hearing of case on the merits. 

No. 75–1721. UNITED STATES v. CHADWICK ET AL. C. A. 1ST CIR. Certiorari granted. 

No. 75–1753. SANTA FE INDUSTRIES, INC., ET AL. v. GREEN ET AL. C. A. 2d Cir. Certiorari granted. 

No. 75–1771. COMMISSIONER OF INTERNAL REVENUE v. STANDARD LIFE & ACCIDENT INSURANCE CO. C. A. 10th Cir. Certiorari granted. 

No. 75–1693. BLACKLEDGE, WARDEN, ET AL. v. ALLISON. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.